IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUSTIN WOLFE, ET AL. | : | CIVIL ACTION |
| v. | : | |
| STAKE CENTER LOCATING, LLC | : | NO. 23-2125 |

<u>ORDER</u>

AND NOW, this 31st day of July 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff to remand this action to the Court of Common Pleas of Philadelphia County (Doc. #12) is GRANTED; and

(2) the motion of plaintiff for fees and costs is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.